PROB 12
(Rev. 10/19)

## United States District Court
## for the
## DISTRICT OF MARYLAND

**United States vs. Igor Cooper Rosensteel**                              Docket No.: 0416 1:21CR00169-001

### SEALED
### Petition on Supervised Release
### Petition #1
### March 15, 2024

    COMES NOW **Ginger Miller** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Igor Cooper Rosensteel** who was sentenced for **Identity Theft, 18 U.S.C. § 1028A(7), a Class C Felony, & Bail Reform Act Violation, 18 U.S.C. § 3147(1), a Class C Felony,** by the Honorable **Ellen L. Hollander, U.S. District Judge,** sitting in the court at Baltimore, Maryland, on the **16th day of July, 2021**, who sentenced the defendant to **26 Months Bureau of Prisons; 36 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Supervision commenced on March 30, 2023.*
*\*Pursuant to 18 U.S.C. § 3583, the maximum penalty upon revocation is 2 years.*
*\*\*The maximum period of Supervised Release that may be imposed following a new term of imprisonment upon revocation: <u>36 months</u>, minus the term of imprisonment imposed.*

1. You must participate in an inpatient or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay or reimburse the costs of the program as directed by the probation officer.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must pay the costs of the program as directed by the probation officer. You must not attempt to obstruct or tamper with the testing methods.
3. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay or reimburse the costs of the program as directed by the probation officer.
4. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
5. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.
6. You must not use or possess, attempt to possess, or collect (physically or electronically) the personally identifying information ("PII") of any other individual, including but not limited to: any date of birth, social security number, credit card number, debit card number, bank account number associated with any name other than your own legal name of Igor Cooper Rosensteel, or other personally identification information, without first obtaining the approval of the probation officer.

Re: Rosensteel, Igor
Dkt. #: 0416 1:21CR00169-001
Petition #: 1
Page: 2

7. You must not use, possess, attempt to possess, or collect (physically or electronically) identification cards, identification related licenses or any other identity related documents, credentials or badges in any name other than your own legal name of Igor Cooper Rosensteel, without first obtaining the approval of the probation officer.
8. You must not use, possess, attempt to possess, or collect (physically or electronically) credit cards, debit cards, bank checks (blank or drafted) or any other device with an identification feature that contains any name other than your own legal name of Igor Cooper Rosensteel, without first obtaining the approval of the probation officer.
9. You may not use, possess, attempt to possess, purchase, or collect any law enforcement badge (real or counterfeit), a law enforcement related credential, a law enforcement related seal, or a law enforcement related identity document, without first obtaining the approval of the probation officer.
10. You may not represent yourself to be a law enforcement agent or officer of any local, state or federal law enforcement agency, or intelligence agency, to any other person or group (either in-person or online), without first obtaining the approval of the probation officer.
11. You may not represent yourself to be an employee or contractor of any state or federal intelligence agency or governmental office, without first obtaining the approval of the probation officer.
12. Pay restitution in the amount of $1,868.92 immediately, or at a rate of $50 per month to commence 60 days after the defendant is placed on supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
On March 1, 2024, Igor Rosensteel was charged with Grand and Petit Larceny, and Receiving or Transferring Stolen Goods in Martinsburg, West Virginia; the offense date is February 29, 2024.

The defendant is in violation of Mandatory Condition #1 which states: The defendant shall not commit any federal, state, or local crime.

**Violation Number 2**
On February 29, 2024, Mr. Rosensteel was arrested while at 476 Duckwoods Lane, Martinsburg, West Virginia.

The defendant is in violation of Standard Condition #3 which states: The defendant shall not leave the judicial district without permission of the court or probation officer.

**Re: Rosensteel, Igor**
**Dkt. #: 0416 1:21CR00169-001**
**Petition #: 1**
**Page: 3**

**Violation Number 3**
Mr. Rosensteel failed to advise this office that he moved from his approved residence in Maryland.

The defendant is in violation of Standard Condition #5 which states: You must live at a place approved by the probation officer.

**Violation Number 4**
Mr. Rosensteel failed to notify this office of being arrested on February 29, 2024.

The defendant is in violation of Standard Condition #9 which states: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Violation Number 5**
Mr. Rosensteel failed to report for mental health treatment sessions on August 22 & 29, September 5 & 12, November 8 and December 20, 2023.

The defendant is in violation of the Special Condition which states: You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay or reimburse the costs of the program as directed by the probation officer.

**Violation Number 6**
Mr. Rosensteel failed to report for urinalyses on January 3 & February 3, 2024.

The defendant is in violation of the Special Condition which states: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must pay the costs of the program as directed by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

**Violation Number 7**
On February 29, 2024, the defendant represented to law enforcement officers that his wallet was stolen with a lot of government identification cards from previous "work." The defendant also informed the officers he did top secret work for the government and had sensitive items.

The defendant is in violation of the Special Condition which states: You may not represent yourself to be an employee or contractor of any state or federal intelligence agency or governmental office, without first obtaining the approval of the probation officer; and,

The defendant is in violation of the Special Condition which states: You may not represent yourself to be a law enforcement agent or officer of any local, state or federal law enforcement agency, or intelligence agency, to any other person or group (either in-person or online), without first obtaining the approval of the probation officer.

Re: Rosensteel, Igor
Dkt. #: 0416 1:21CR00169-001
Petition #: 1
Page: 4

### Violation Number 8

The defendant failed to consistently pay $50 per month towards his court ordered restitution.

The defendant is in violation of the Schedule of Payments that he pay $1,868.92 in restitution immediately, or in monthly installments of $50 to commence 60 days after being placed on supervised released.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Igor Cooper Rosensteel for alleged violations of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
Considered and ordered as prayed this 15th day of March, 2024 and ordered filed and made a part of the records in the above case.

_____
Ellen L. Hollander
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____Gregory Swillo_____ for
Ginger Miller, Senior U.S. Probation Officer

Date: 3/15/2024

Reviewed and Approved By:

_____Gregory Swillo_____
Gregory Swillo, Supervisory U.S. Probation Officer

Date: 3/15/2024

Place: Baltimore, Maryland